borough Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed.

McGUIRE v. KIRKHAM. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Joseph McGuire against Henry P. Kirkham. No opinion. Motion granted, with $10 costs. Order filed.

McINTIRE v. NATIONAL NASSAU BANK. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by William H. McIntire against the National Nassau Bank. No opinion. Motion granted. Order filed. See, also, 135 N. Y. Supp. 760.

McNEIR, Respondent, v. McNEIR, Appellant. In re McNEIR. In re ELY. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Ailene Ely McNeir against Burrows McNeir. In the matter of the petition of George McNeir. In the matter of the petition of Caroline S. Ely. No opinion. Judgment and orders (129 N. Y. Supp. 481), affirmed, with costs. See, also, 145 App. Div. 934, 129 N. Y. Supp. 1134.

McPARTLAND, Respondent, v. REEVES, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Michael McPartland against George H. Reeves.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide event, upon the ground that the sole question for the jury upon the issue of defendant's negligence is whether the injury was caused by the negligence of the defendant in the maintenance of the floor.

HIRSCHBERG, J., dissents.

McSWEENEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Mary McSweeney against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MAJESTIC MOTION PICTURE CO. v. POWER MOTION PICTURE CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Majestic Motion Picture Company against the Power Motion Picture Company and others. W. G. Morse, for appellants. C. M. Lewis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MALATESTA, Respondent, v. MACDONALD et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by John B. Malatesta against Chas. W. Macdonald and another. C. Mellen, for appellants. A. Lichtig, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MALAVERNERI, Appellant, v. TURNER CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1912.) Action by Angelo Malaverneri against the Turner Construction Company. H. S. Bird, for appellant. E. C. Sherwood, for respondent. No opinion. Judgment affirmed, with costs, on opinion in 141 App. Div. 360, 126 N. Y. Supp. 303. Order filed.

MANSFIELD, Respondent, v. NEW THEATER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 29, 1912.) Action by Martha R. Mansfield against the New Theater Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., and SPRING, J., dissent, upon the ground that, the alleged negligence having occurred in the city of New York and the majority of the material witnesses residing in that county, the venue should be changed to that county.

MARA et al., Respondents, v. VILLAGE OF CLINTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Daniel Mara and another against the Village of Clinton. No opinion. Order affirmed, with $10 costs and disbursements.

MARCIA, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Constance M. Marcia against Solomon W. Johnson. F. H. Patterson, for appellant. F. N. Van Zandt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MARINO v. RUNKEL BROS. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Giuseppa Marino as administratrix against Runkel Bros. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MARROCHI, Respondent, v. FITZGERALD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Carmene Marrochi against Herbert W. Fitzgerald and another. No opinion. Judgment and order affirmed, with costs.

MARSHALL, Respondent, v. WILTBANK, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Ac-